**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:05-CV-2184** |
| **ex rel. TED D. KOSENSKE, M.D.** | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CARLISLE HMA, INC., et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of March, 2007, upon consideration of plaintiff-

relator's notice to withdraw (Doc. 33) his motion to amend the complaint (Doc. 32),

it is hereby ORDERED that the motion to amend the complaint (Doc. 32) is

DEEMED withdrawn.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge