# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **TED D. KOSENSKE, M.D.**, | : CIVIL ACTION NO. 1:05-CV-2184 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **CARLISLE HMA, INC.**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 4th day of August, 2010, upon consideration of the motion (Doc. 142) to dismiss the above-captioned action with prejudice, filed by plaintiff Ted D. Kosenske ("Kosenske"), and it appearing that the parties have amicably resolved their dispute, and that the court entered a sixty-day order on June 2, 2010 dismissing the case without prejudice, (see Doc. 141), it is hereby ORDERED that the order of court (Doc. 141) dated June 2, 2010 is AMENDED such that the above-captioned matter is dismissed with prejudice.

                         S/ Christopher C. Conner
                         CHRISTOPHER C. CONNER
                         United States District Judge